UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10060-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

German Rubi-Perez, et al.,

    Defendants.

_____

**ORDER ON *NEBBIA* REQUIREMENT**

THIS CAUSE is before the Court on defendant **Osmany Aguila-Madalay's** Unopposed Motion For Satisfaction of *Nebbia* Condition of Bond (DE 42). On January 16, 2009, the undersigned set bond in the amount of $20,000 - 10% with a *Nebbia* condition and a $50,000 personal surety. Conditions were previously set on January 9, 2009. The Government has filed a response (DE 43) informing the Court that it is satisfied that the money which will be utilized to post this bond was not derived from any illegal source. Based on the Government's response, the undersigned finds that the *Nebbia* requirement has been met. Therefore, being fully advised, it is hereby

ORDERED AND ADJUDGED that defendant **Osmany Aguila-Madalay's** MOTION For Satisfaction of *Nebbia* Condition of Bond (DE 42) is GRANTED.

DONE AND ORDERED in the Southern District of Florida, this 2nd day of February, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Siva Sundaram (MIA)

AFPD Stewart Abrams (MIA)